RECEIVED

JUN 2 1 2012

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Mag. No. 12-2516 |
| TYSON B. FERGUSON | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J.

Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant

United States Attorney, appearing), in the presence of John M. Holliday,, attorney for defendant

Tyson B. Ferguson, for an order pursuant to Title 18, United States Code, Section 3142(e) to

detain defendant without bail pending the trial in the above-entitled matter; and defendant having

failed to satisfy the conditions of bail set on June 19, 2012; and a bail review hearing having been

held on June 20, 2012; and for good cause shown,

IT IS, therefore, on this _____21st_____ day of June 2012,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant

Ferguson be committed to the custody of the Attorney General or his authorized representative

pending the trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant

Ferguson be afforded reasonable opportunity for private consultations with counsel; and it is

further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of

this or any other court of the United States of competent jurisdiction or on request of an attorney

for the United States, defendant Ferguson shall be delivered to a United States Marshal for the

purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Ferguson without bail pending the trial in this matter is hereby granted, and defendant Ferguson is hereby ordered detained pending the trial in the above-entitled matter.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge